# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID HOLMES, an individual, | Case No.: 2:22-cv-09129-JLS-PD |
| Plaintiff, | |
| v. | **JUDGMENT** |
| PHILLIPS 66 COMPANY, a Delaware Corporation; and DOES 1 through 50, inclusive, | |
| Defendants. | |

# **JUDGMENT**

The Court, having granted Defendant Phillips 66 Company's ("Defendant") Motion for Summary Judgment (Doc. 23), now enters Judgment as follows:

1. Judgment shall be and hereby is entered in favor of Defendant and against Plaintiff David Holmes ("Plaintiff").

2. Plaintiff shall take and recover nothing by way of his Complaint (Dkt. #1-1) against Defendant.

IT IS SO ORDERED, ADJUDGED, AND DECREED.

Dated: April 1, 2024

HON. JOSEPHINE L. STATON
UNITED STATES DISTRICT JUDGE